**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CODY MOSLEY**                                                                              **PLAINTIFF**

v.                                    **CASE NO: 5:13CV00233 BSM**

**DUB BRASSELL**
**DETENTION CENTER et al.**                                                      **DEFENDANTS**

## ORDER

The proposed findings and partial recommended dispositions submitted by United States Magistrate Judge H. David Young have been reviewed. Plaintiff Cody Mosley has stated that he has no objections. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that plaintiff's claims against the Dub Brassell Detention Center be dismissed with prejudice and that his claims against officer Shane be dismissed without prejudice, and the names of the Dub Brassell Detention Center and officer Shane be removed as party defendants.

DATED this 3rd day of October 2013.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE