IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CODY MOSLEY                                                                                           PLAINTIFF

V.                                    CASE NO: 5:13CV00233 BSM

DUB BRASSELL
DETENTION CENTER et al.                                                                   DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion to voluntarily dismiss his complaint [Doc. No. 22] is GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE